IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SNELL AND WOODROW SNELL, | : | CIVIL ACTION |
| v. | : | |
| ROBERT J. DUFFY ET AL., | : | NO. 02-3660 |

### **O R D E R**

AND NOW, this **1st** day of **October 2002,** it is Ordered that a Hearing to consider Defendants' Motion to Dismiss is **SCHEDULED** on **November 1, 2002 at 10:30 a.m.,** in Courtroom 3A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

```
    ATTEST:                         or    BY THE COURT


    BY:_____              _____
    Deputy Clerk                          Judge
```

C.V. 12 (4/99)

J. Michael Considine, Esq.
Randall Henzes, Esq.