IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL C. SNELL, ET AL. | : | CIVIL ACTION |
| v. | : | |
| ROBERT J. DUFFY, ET AL. | : | NO. 02-3660 |

### **O R D E R**

AND NOW, this 8th day of October, 2002, it is Ordered that the hearing on defendant Pennsylvania State Police's motion to dismiss and the pretrial conference scheduled for November 1, 2002 are **continued** to **November 21, 2002 at 9:00 a.m.,** before the Honorable Eduardo C. Robreno, in Courtroom 3A, 3rd floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

ATTEST:                              or    BY THE COURT


BY:_____     _____
Deputy Clerk                         Judge

C.V. 12 (4/99)

faxed to: Randall J. Henzes, Esq.
xc:      J. Michael Considine, Esq.