```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MICHAEL C. SNELL, ET AL.          :     CIVIL ACTION
                                  :
              v.                  :
                                  :
ROBERT J. DUFFY, ET AL.           :     No. 02-3660

## NOTICE OF CONFERENCE

TO RESPONDING PARTY:

      1.   A motion to compel attendance at deposition (the "Motion"- doc. no. 18) has been filed by Plaintiffs.

      2.   The Court has scheduled a telephone conference to discuss the Motion(s) on **April 11, 2003** at **12:30 p.m.**  The moving party is to initiate the call and call chambers (215-597-4073) once the responding party is on the line.

      3.   You may file a response to the Motion with a copy delivered to chambers within forty-eight (48) hours prior to the date of the conference.

      4.   This Notice shall serve as notice to all parties.


ATTEST:                            or       BY THE COURT


BY:_____          _____
      Deputy Clerk                           Judge

**DATE:** 1st day of April, 2003

faxed to: J. Michael Considine, Esq.
          Randall J. Henzes, Esq.