# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Michael C. Snell., et al | : | Civil Action |
| | : | |
| Plaintiffs | : | No. 02-CV-3660 |
| v. | : | |
| | : | |
| Robert J. Duffy., et al | : | |
| Defendants | : | |

## STIPULATION

The parties agree that this matter will be taken out of the trial pool for May 12 or 21, 2003 and out of all future trial pools and off of all trial lists until all dispositive motions are resolved, as Plaintiffs' Response to Defendant's Motion for Summary Judgment is not due until May 31, 2003 and it is likely some or all of this matter will be decided on motion.

Date: May 9, 2003

*[signature]*
J. Michael Considine, Jr.
12 East Barnard St., Suite 100
West Chester, PA 19382
(610) 431-3288
Counsel for Plaintiff

Date: May 12, 2003

*[signature]*
Randall J. Henzes,
**Deputy Attorney General**
Office of the Attorney General
21 South 12th St., 3rd Floor,
Phila., PA 19107-3603.
(215) 560-2402
Counsel for Defendants

## ORDER

The court adopts the stipulation of the parties this _____ day of May, 2003.

IT IS SO ORDERED.

BY THE COURT

_____
Eduardo C. Robreno, USDJ

1