IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Michael C. Snell., et al | : | Civil Action |
| | : | |
| Plaintiffs | : | No. 02-CV-3660 |
| v. | : | |
| | : | |
| Robert J. Duffy., et al | : | |
| Defendants | | |

## STIPULATION

The parties hereby stipulate that as dispositive motions are outstanding and as on April 17, 2003, the court entered an order placing the case in the trial pool on June 10, 2003, Pretrial Memoranda shall be due on or before May 29, 2003.

Date: May 12, 2003

*[signature]*
J. Michael Considine, Jr.
12 East Barnard St., Suite 100
West Chester, PA 19382
(610) 431-3288
Counsel for Plaintiff

Date: May 12, 2003

*[signature]*
Randall J. Henzes,
**Deputy Attorney General**
Office of the Attorney General
21 South 12th St., 3rd Floor,
Phila., PA 19107-3603.
(215) 560-2402
Counsel for Defendants

## ORDER

The court adopts the stipulation of the parties this _____ day of May, 2003.

IT IS SO ORDERED.

BY THE COURT

_____
Eduardo C. Robreno, USDJ