```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MICHAEL SNELL AND WOODROW SNELL     :     CIVIL ACTION

                    Plaintiffs     :

                    V.             :

ROBERT J. DUFFY ET AL               :

                    Defendants     :     NO. 02-3660

**DEFENDANTS PROPOSED JURY INTERROGATORIES**

1. Did plaintiff prove by the preponderance of the evidence that defendants arrested him and initiated a criminal proceeding against him without probable cause.

    \_\_\_\_\_Yes          _____ No

If you answer to question 1 is "No", please contact my deputy clerk and inform her that you have reached a verdict. If you answer is "Yes", please go to question No. 2.

2. What amount of money to award plaintiff to compensate him for the damages he has proved he has suffered.

$_____

_____                           _____
Date                              Jury Foreperson

Please contact my deputy clerk and inform her that you have reached a verdict.

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL SNELL AND WOODROW SNELL    :    CIVIL ACTION

               Plaintiffs          :

          V.                       :

ROBERT J. DUFFY ET AL              :

               Defendants          :    NO.  02-3660
```

### CERTIFICATE OF SERVICE

I, Randall J. Henzes, Deputy Attorney General, hereby certify that a true and correct copy of Defendants' Proposed Jury Interrogatories was served on May 16, 2003, by first class mail postage prepaid to:

J. Michael Considine, Esquire
12 East Barnard Street
Suite 100
West Chester, Pa 19380

```
                              D. MICHAEL FISHER
                              ATTORNEY GENERAL


                       BY:    _____
                              Randall J. Henzes
                              Deputy Attorney General
                              Identification No. 53256

                              Susan J. Forney
                              Chief Deputy Attorney General
                              Chief, Litigation Section
```

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2136
Fax: (215) 560-1031