IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael C. Snell<br>and<br>Woodrow Snell, a minor, by and<br>through his parents and natural<br>guardians, Michael and<br>Mary Ann Snell<br>Plaintiffs<br>v.<br><br>Robert J. Duffy, Pennsylvania<br>State Trooper,<br>Jeffrey Wlock, Pennsylvania<br>State Trooper, and<br>The Pennsylvania State Police,<br>Defendants | Civil Action<br><br><br><br><br><br>No. 02-CV-3660 |

## PLAINTIFFS' SELF-EXECUTING DISCLOSURES UNDER RULE 26

A. Witnesses
 1. Michael Charles Snell, 103 Whisler Lane, Coatesville, PA 19320
 2. Mary Ann Snell, 103 Whisler Lane, Coatesville, PA 19320
 3. Woodrow Snell, 103 Whisler Lane, Coatesville, PA 19320
 4. Dr. Joel Rosenberg, Licensed Psychologist, 234 East Gay St., West Chester, PA 19380

B. Exhibits
 1. Bills for Dr. Rosenberg
 2. Records of Dr. Rosenberg
 3. Photographs of Slacks of Woodrow Snell
 4. Slacks of Woodrow Snell
 5. Affidavit of Probable Cause and Criminal Complaint of November 15, 1999

C. Insurance

 Plaintiffs have no applicable insurance coverage.

Date: November 20, 2002

*Michael Considine*
J. Michael Considine, Jr.
PA Attorney I.D. # 37294
22 North Walnut St., Suite 202
West Chester, PA 19380
(610) 431-3288



1