```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL SNELL AND WOODROW SNELL    :   CIVIL ACTION

              Plaintiffs           :

         V.                        :

ROBERT J. DUFFY ET AL              :

              Defendants           :   NO.  02-3660
```

**ORDER**

AND NOW _____ day of _____, 2003, upon consideration Defendants' Motion for Leave to file a Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment and plaintiffs' response thereto, if any, it is hereby order that said motion is granted.  Defendants may file a reply to plaintiffs' response to defendants' motion for summary judgment.

_____
                                                               J.

```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL SNELL AND WOODROW SNELL    :    CIVIL ACTION

              Plaintiffs           :

         V.                        :

ROBERT J. DUFFY ET AL              :

              Defendants           :    NO.  02-3660
```

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY
TO PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Defendants, by their attorney, Randall J. Henzes, Deputy Attorney General, hereby move this court for leave to file a reply to plaintiffs' response to defendants' motion for summary judgment. In support of their motion, they rely on the attached memorandum of law.

Wherefore, the defendants respectfully request that their motion be granted.

                                    D. MICHAEL FISHER
                                    ATTORNEY GENERAL


                              BY:   _____
                                    Randall J. Henzes
                                    Deputy Attorney General
                                    Identification No. 53256

                                    Susan J. Forney
                                    Chief Deputy Attorney General
                                    Chief, Litigation Section

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2136

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL SNELL AND WOODROW SNELL     :    CIVIL ACTION

                Plaintiffs          :

            V.                      :

ROBERT J. DUFFY ET AL               :

                Defendants          :    NO.  02-3660
```

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION
FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Michael C. Snell and his son, Woodrow Snell ("Snells"), filed this federal action against the Pennsylvania State Police, Pennsylvania State Trooper Robert J. Duffy and Pennsylvania State Trooper Jeffrey Wlock.  Michael Snell alleged that Duffy and Wlock arrested him on November 15, 1999 for simple assault, recklessly endangering another person and harassment without a warrant and without probable cause.  He further alleged that he was subsequently prosecuted on the charges and was found not guilty by a jury.  He alleged that his arrest and subsequent prosecution violated his constitutional rights.

Woodrow Snell alleged in the complaint and the amended complaint that Wlock pushed him unnecessarily causing him to strike his leg on an exposed screw of an ice bin.  He alleged in his complaint and the amended complaint that such action amounted to a battery.

Duffy and Wlock moved for summary judgment.  Plaintiffs filed a response in which for the first time they allege that Wlock's alleged push of Woodrow Snell violated his constitutional rights.  Since plaintiffs' complaint and amended complaint never alleged that the alleged contact between Wlock and Woodrow Snell violated Woodrow Snell's constitutional rights, defendants never addressed the issue in their motion for summary judgment.  Therefore, the defendants would like the opportunity to address the issue in a reply to plaintiffs' response to defendants' motion for summary judgment.

                                      D. MICHAEL FISHER
                                      ATTORNEY GENERAL

BY: _____
     Randall J. Henzes
     Deputy Attorney General
     Identification No. 53256

     Susan J. Forney
     Chief Deputy Attorney General
     Chief, Litigation Section

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2136

```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MICHAEL SNELL AND WOODROW SNELL     :     CIVIL ACTION

                   Plaintiffs     :

                       V.     :

ROBERT J. DUFFY ET AL     :

                 Defendants     :     NO. 02-3660

## CERTIFICATE OF SERVICE

I, Randall J. Henzes, Deputy Attorney General, hereby certify that a true and correct copy of Defendants' Motion for Leave to File a Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment was served on June 2, 2003, by United States mail, postage prepaid, first class to:

    J. Michael Considine, Esquire
    12 East Barnard Street
    Suite 100
    West Chester, Pa 19380

                                D. MICHAEL FISHER
                                ATTORNEY GENERAL

                 BY: _____
                        Randall J. Henzes
                        Deputy Attorney General
                        Identification No. 53256

                        Susan J. Forney
                        Chief Deputy Attorney General
                        Chief, Litigation Section

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2136
Fax: (215) 560-1031