```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHAEL C. SNELL, ET AL.       :      CIVIL ACTION
                               :
        v.                     :
                               :
ROBERT J. DUFFY, ET AL.        :      NO. 02-3660
```

**O R D E R**

AND NOW, this 7th day of October, 2003, it is Ordered that a telephone status conference is scheduled for **October 21, 2003 at 12:30 p.m.**, with the Honorable Eduardo C. Robreno.

Counsel for the plaintiffs shall initiate the telephone conference and call Chambers at (215) 597-4073 when all parties are on the line.

```
    ATTEST:                     or    BY THE COURT



    BY:_____         _____
    Deputy Clerk                      Judge
```

C.V. 12 (4/99)

faxed & mailed to: J. Michael Considine, Jr., Esq.
                   Randall J. Henzes, Esq.

Case 2:02-cv-03660-ER    Document 51    Filed 10/08/2003    Page 2 of 2