IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL C. SNELL, ET AL. | : | CIVIL ACTION |
| v. | : | |
| ROBERT J. DUFFY, ET AL. | : | NO. 02-3660 |

**O R D E R**

AND NOW, this 8th day of October, 2003, it is Ordered that the telephone status conference scheduled for **October 21, 2003 at 12:30 p.m.**, with the Honorable Eduardo C. Robreno is **cancelled**.[1]

ATTEST:                              or    BY THE COURT

BY:_____    _____
   Deputy Clerk                        Judge

C.V. 12 (4/99)

faxed to: J. Michael Considine, Jr., Esq.
          Randall J. Henzes, Esq.

---

[1] Cross summary judgment motions pending.