IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHEAL SNELL, et al., | : | CIVIL ACTION |
| | : | NO. 02-3660 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT J. DUFFY, et al., | : | |
| | : | |
| Defendants. | : | |

ORDER

**AND NOW**, this **21st** day of **October, 2003**, it is hereby **ORDERED** that plaintiffs' motion to compel attendance at a deposition (doc. no. 18) is **DENIED as moot.**[1]

**AND IT IS SO ORDERED.**

_____

**EDUARDO C. ROBRENO,    J.**

---

[1] Discovery in this matter should have been completed by April 21, 2003.