IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHEAL SNELL, et al., | : | CIVIL ACTION |
| | : | NO. 02-3660 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT J. DUFFY, et al., | : | |
| | : | |
| Defendants. | : | |

ORDER

**AND NOW**, this **15th** day of **January, 2004**, it is hereby **ORDERED** that defendants' motion in limine (doc. no. 39) is **DENIED as moot.**[1]

**AND IT IS SO ORDERED.**

_____
             **EDUARDO C. ROBRENO,      J.**

---

[1] The court granted defendants' motion for summary judgment as to Counts I and IV of plaintiff's complaint on January 6, 2004. The evidence sought to be precluded by defendants' motion in limine is not relevant to plaintiff's remaining claim for excessive force.