```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHEAL SNELL, et al.,        :  CIVIL ACTION
                              :  NO. 02-3660
     Plaintiffs,              :
                              :
     v.                       :
                              :
ROBERT J. DUFFY, et al.,      :
                              :
     Defendants.              :
```

ORDER

**AND NOW**, this **15th** day of **January, 2004**, it is hereby **ORDERED** that defendants' motion for leave to file a reply to plaintiff's response to defendants' motion for summary judgment (doc. no. 43) is **DENIED as moot.**

**AND IT IS SO ORDERED.**

---
                              **EDUARDO C. ROBRENO,      J.**