IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHEAL SNELL, et al., | : | CIVIL ACTION |
| | : | NO. 02-3660 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT J. DUFFY, et al., | : | |
| | : | |
| Defendants. | : | |

<u>ORDER</u>

**AND NOW**, this **15th** day of **January, 2004,** it is hereby **ORDERED** that plaintiffs' motion for leave to file an amended complaint (doc. no. 46) is **DENIED as moot.**

**AND IT IS SO ORDERED.**

---

                                    **EDUARDO C. ROBRENO,      J.**