IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SNELL, ET AL., | : | CIVIL ACTION |
| | : | NO. 02-3660 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT DUFFY, ET AL., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

**AND NOW**, this \_\_\_ day of **February, 2004**, pursuant to an order of even date, it is hereby **ORDERED** that **JUDGMENT** is **ENTERED** in favor of defendants and against plaintiff.

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**EDUARDO C. ROBRENO, J.**